**Electronically Filed**
**Supreme Court**
**SCWC-20-0000265**
**16-AUG-2021**
**08:05 AM**
**Dkt. 3 ODAC**

SCWC-20-0000265

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL MOREAU,
Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000265; CASE NO. 3FFC-19-0000102)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Michael Moreau's Application for Writ of Certiorari filed on July 9, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, August 16, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

